UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 12 PM 3: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JOHN BRYANT, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| SHELBY COUNTY, et al., | CASE NO: 2:02-2916-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiffs' Motion For Relief From Judgment, And Granting Shelby County's Motion For Summary Judgment entered on September 9, 2005, this cause is hereby dismissed.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/12/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:02-CV-02916 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Kathryn McKinnis Wall
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT